34 So.2d 865

### MODEL CITY LUMBER CO. v. SOUTHERN RAILWAY CO.

6 Div. 707.

Supreme Court of Alabama.

April 15, 1948.

Jackson, Rives & Pettus, of Birmingham, for petitioner.

Benners, Burr, Stokely & McKamy, of Birmingham, opposed.

FOSTER, Justice.

Petition of Model City Lumber Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Model City Lumber Co. v. Southern R. Co., 34 So. 2d 862.

Writ denied.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.